IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: NEPHTALI FERRA OTERO | Bkrtcy. No. 11-03526-ESL<br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Apr 28, 2011  Meeting Date: Jun 08, 2011  DC Track No. 3

Days from petition date: 41  Meeting Time: 8:00 AM

910 Days before Petition: 10/30/2008  ☐ Chapter 13 Plan Date: Apr 28, 2011 Dkt.# 2  ☐ Amended.

This is debtor(s) —— Bankruptcy petition.  Plan Base: $20,400.00

This is the —— Scheduled Meeting  Confirmation Hearing Date: Jul 20, 2011  Time: 2:00 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
| Ck/MO No. | Date | Amount | Total Paid In: | $0.00 |
|---|---|---|---|---|

### I. Appearances: ☐ Telephone ☐ Video Conference  ☐ Creditor(s) present: ☒ None.
- ☐ Debtor Present  ☐ ID & Soc. OK  ☒ Debtor Absent
- ☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined ☒ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney:  ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement  Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00  Paid Pre-Petition: $0.00  Outstanding: $3,000.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☒ For Failure to appear; ☒ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.  Liquidation Value: TBD
Commitment Period is ☐ 36 TBD ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.

§341 Meeting ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

ADDITIONAL OBJECTIONS / COMMENTS:

The Trustee will file a motion to dismiss for Debtor failure to appear and commence payments.

/s/ José R. Carrión
Trustee    Presiding Officer    Page 1 of ___    Date: Jun 08, 2011