IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-03526 ESL

NEPHTALI FERRA OTERO

Chapter 13

XXX-XX-5057

FILED & ENTERED ON 07/18/2011

Debtor(s)

### ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #10), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 18 day of July, 2011 .

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors